**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)                                    Case Number **04–21259**

## UNITED STATES BANKRUPTCY COURT
DISTRICT of District of Maine

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/9/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Janine C. Welch
231 Sabattus Street, Apt. 2
Lewiston, ME 04240

| | |
|---|---|
| Case Number:<br>04–21259 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–0878 |
| Attorney for Debtor(s) (name and address):<br>Peter M. Garcia Esq.<br>P. O. Box 3200<br>95 Main Street<br>Auburn, ME 04210<br>Telephone number:  (207) 784–3200 | Bankruptcy Trustee (name and address):<br>William Howison<br>P.O. Box 585<br>Portland, ME 04112<br>Telephone number:  (207) 879–5767 |

## Meeting of Creditors:
Date: **September 13, 2004**                              Time: **01:00 PM**

Location:  **Ramada Conference Center, The Classroom, 490 Pleasant Street, Lewiston, ME 04240**

## Notice

The United States Trustee's policy is to require all debtors to bring positive identification to the meeting of creditors. Failure to do so may result in delays in processing the case.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 11/12/04

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>537 Congress Street<br>Portland, ME 04101–3318<br>Telephone number:  (207)780–3482 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>CES |
| Hours Open:  Monday – Friday 8:00 AM – 4:30 PM | Date:  8/10/04 |

## EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | The Court will process all Chapter 7 cases a no–asset cases. *You therefore should not file a proof of claim at this time.* If the trustee later confirms/determines that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0100-2        User: mheath          Page 1 of 1              Date Rcvd: Aug 10, 2004
Case: 04-21259              Form ID: B9A           Total Served: 17


The following entities were served by first class mail on Aug 12, 2004.
db        +Janine C. Welch,   231 Sabattus Street, Apt. 2,   Lewiston, ME 04240-6348
aty       +Peter M. Garcia, Esq.,   P. O. Box 3200,   95 Main Street,   Auburn, ME 04210-5854
tr        +William Howison,   P.O. Box 585,   Portland, ME 04112-0585
smg        Maine Department of Labor,   Bureau of Unemployment Compensation,   P.O. Box 259,
               Augusta, ME  04332-0259
smg       +State of Maine,   Bureau of Revenue Services,   Bankruptcy Unit,   P.O. Box 9113,
               Augusta, ME 04333-0001
ust       +Office of U.S. Trustee,   537 Congress Street, Room 302,   Portland, ME 04101-3353
1096072    Ballys Health & Tennis,   1244 East Imperial Highway,   P O Box 1080,   Norwalk, CA 90651-1080
1096074   +Dr. Linn P. Norfleet, DDS,   357 Dover Road,   Clarksville, TN 37042-4144
1096075    Fashion Bug,   P O Box 84073,   Columbus, GA 31908-4073
1096076   +Fleet Credit Card Services,   P O Box 15480,   Wilmington, DE 19850-5480
1096077   +Fleet National Bank,   9 th Floor,   10 Fountain Plaza,   Buffalo, NY 14202-2228
1096078   +Florida Hospital-Celebration,   c/o Nationwide Credit, Inc.,   2015 Vaughn Road,   NW STE 300,
               Kennesaw, GA 30144-7801
1096079   +Florida Radiology Assoc.,   P O Box 150505,   Altamonte Springs, FL 32715-0505
1096080   +Household Bank,   Customer Service,   P O Box 438,   Wood Dale, IL 60191-0438
1096081   +Kevin Welch,   36 Village Green,   Waterville, ME 04901-9771
1096082   +Peoples Heritage Savings Bank/BankN,   Greg Smith,   70 Gray Road,   Falmouth, ME 04105-2019

The following entities were served by electronic transmission on Aug 10, 2004 and receipt of the transmission
was confirmed on:
1096073    EDI: CAPITALONE.COM Aug 10 2004 23:18:00    Capital One Services,   P O Box 85015,
               Richmond, VA 23285-5015
                                                                                          TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2004**        **Signature:** _Joseph Speetjens_