**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court

Maine
**Case No. 04–21259**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Janine C. Welch
231 Sabattus Street, Apt. 2
Lewiston, ME 04240

Social Security No.:
xxx–xx–0878

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 11/16/04                                   James B. Haines Jr.
                                                   United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (7/97)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0100-2        User: admin            Page 1 of 1              Date Rcvd: Nov 16, 2004
Case: 04-21259              Form ID: B18           Total Served: 17


The following entities were served by first class mail on Nov 18, 2004.
db        +Janine C. Welch,   231 Sabattus Street, Apt. 2,   Lewiston, ME 04240-6348
aty       +Peter M. Garcia, Esq.,   P. O. Box 3200,   95 Main Street,   Auburn, ME 04210-5854
tr        +William Howison,   P.O. Box 585,   Portland, ME 04112-0585
smg        Maine Department of Labor,   Bureau of Unemployment Compensation,   P.O. Box 259,
               Augusta, ME  04332-0259
smg       +State of Maine,   Bureau of Revenue Services,   Bankruptcy Unit,   P.O. Box 9113,
               Augusta, ME 04333-0001
ust       +Office of U.S. Trustee,   537 Congress Street, Room 302,   Portland, ME 04101-3353
1096072    Ballys Health & Tennis,   1244 East Imperial Highway,   P O Box 1080,   Norwalk, CA 90651-1080
1096074   +Dr. Linn P. Norfleet, DDS,   357 Dover Road,   Clarksville, TN 37042-4144
1096075    Fashion Bug,   P O Box 84073,   Columbus, GA 31908-4073
1096076   +Fleet Credit Card Services,   P O Box 15480,   Wilmington, DE 19850-5480
1096077   +Fleet National Bank,   9 th Floor,   10 Fountain Plaza,   Buffalo, NY 14202-2228
1096078   +Florida Hospital-Celebration,   c/o Nationwide Credit, Inc.,   2015 Vaughn Road,   NW STE 300,
               Kennesaw, GA 30144-7801
1096079   +Florida Radiology Assoc.,   P O Box 150505,   Altamonte Springs, FL 32715-0505
1096080   +Household Bank,   Customer Service,   P O Box 438,   Wood Dale, IL 60191-0438
1096081   +Kevin Welch,   36 Village Green,   Waterville, ME 04901-9771
1096082   +Peoples Heritage Savings Bank/BankN,   Greg Smith,   70 Gray Road,   Falmouth,  ME 04105-2019

The following entities were served by electronic transmission on Nov 16, 2004 and receipt of the transmission
was confirmed on:
1096073    EDI: CAPITALONE.COM Nov 16 2004 21:02:00    Capital One Services,   P O Box 85015,
               Richmond, VA 23285-5015
                                                                                      TOTAL: 1


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2004**                    **Signature:** _Joseph Speetjens_